IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| REGINA GORAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NUMBER: 3:06cv323-DRB |
| ) | JURY DEMAND |
| ) | |
| MEADOWCRAFT, INC. ) | |
| D/B/A PLANTATION PATTERNS, ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

## SUMMONS

TO DEFENDANT:    Meadowcraft, Inc.,
d/b/a Plantation Patterns
Corporate Office
4700 Pinson Valley Parkway
Birmingham, Alabama 35215

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Jon C. Goldfarb, WIGGINS, CHILDS, QUINN & PANTAZIS, LLC, The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY** (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK OF COURT

By: _Donna M. Trayfleet_
Deputy Clerk

DATE: _April 14, 2006_

AO 440 (Rev. 5/85) Summons In A Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

| NAME OF SERVER | DATE |
| --- | --- |
|  | TITLE |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: _____
_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____
Returned unexecuted: _____
_____
_____

[ ] Other
(specify):_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
             Date                    Signature of Server

                                     _____
                                     Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 2510 0006 0034 1658

4-14-06  #1
3:06cv323

Sent To (Meadowcraft) Corporate Office
Street, Apt. No.; or PO Box No. 4700 Pinson Valley Pkwy
City, State, ZIP+4 Birmingham, AL 35215

PS Form 3800, June 2002        See Reverse for Instructions