Goram

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Meadowcraft dlbla
   Plantation Patterns
   Corporate Office
   4700 Pinson Valley Pkwy
   B'ham, AL 35215
   3: 06cv323 (cmplsms 20 dys)

2. Article Number (Transfer from service label): 7004 2510 0006 0034 1658

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Darrick Hall  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 4-17-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540