UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| REGINA GORAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 3:06CV323-DRB |
| ) | |
| MEADOWCRAFT, INC., ) | |
| ) | |
| Defendant. ) | |

## F.R. CIV. P. 7.1 DISCLOSURE STATEMENT

Defendant, Meadowcraft, Inc., states that it does not have a parent corporation nor is there any publicly held corporation that owns 10% or more of its stock.

    s/ T. Matthew Miller
    T. Matthew Miller (ASB-2129-I66T)

    s/Laura A. Palmer
    Laura A. Palmer (ASB-4739-A46P)
    Bradley Arant Rose & White LLP
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, AL 35203-2119
    Telephone: (205) 521-8000
    Facsimile: (205) 521-8800
    E-mail: kestes@bradleyarant.com
    E-mail: lpalmer@bradleyarant.com
    Attorneys for Defendant Meadowcraft, Inc.

1/1431031.1

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jon C. Goldfarb
> Maury S. Weiner
> Kell A. Simon
> Wiggins, Childs, Quinn & Pantazis
> The Kress Building
> 301 19th Street North
> Birmingham, Alabama  35203
> jcg@wcqp.com
> msw@wcqp.com
> kas@wcqp.com
> Attorneys for Plaintiff

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> None.

> s/ T. Matthew Miller
> T. Matthew Miller (ASB-2129-I66T)
> Bradley Arant Rose & White LLP
> One Federal Place
> 1819 Fifth Avenue North
> Birmingham, AL 35203-2104
> Telephone: (205) 521-8000
> Facsimile: (205) 521-8800
> E-mail: mmiller@bradleyarant.com