IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **REGINA GORAM,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MEADOWCRAFT, INC.,** )<br>)<br>**Defendant.** ) | **Civil Action No.**<br>**3:06-cv-323-WKW** |

## REPORT OF PARTIES' PLANNING MEETING

  1. Pursuant to Fed. R. Civ. P. 26(f), the parties held a planning meeting by telephone on May 31, 2006. This meeting was attended by:

    John C. Goldfarb, Esq. and Kell A. Simon, Esq. for plaintiff Regina Goram
    T. Matthew Miller, Esq. for defendant Meadowcraft, Inc.

  2. Pre-Discovery Disclosures. The parties have not exchanged the information required by Local Rule 26.1(a)(1). The parties have agreed to exchange the information required by June 30, 2006.

  3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

  Discovery will be needed on the following subjects: Plaintiff's claims and all defenses asserted by Defendant

  All discovery commenced in time to be completed by January 5, 2007.

    Maximum of 30 interrogatories and requests for production by each party to any other party. Responses due 30 days after service.

    Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

  Maximum of 10 depositions by plaintiff and 10 by defendant.

    Each deposition limited to maximum of 7 hours unless extended by agreement of parties.

  Reports from retained experts under Rule 26(a)(2) due:

      from plaintiff by September 1, 2006.
      from defendant by October 2, 2006.

Supplementations under Rule 26(e) within a reasonable time, but no later than 30 days, from discovery of the need for supplementation.

    4.    Other Items.

The parties do not request a conference with the Court before entry of the scheduling order.

Plaintiff should be allowed until August 17, 2006 to join additional parties and to amend the pleadings.

Defendant should be allowed until September 15, 2006 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by November 20, 2006.

Settlement cannot be evaluated prior to initial discovery.

The usefulness of Alternative Dispute Resolution procedures cannot be evaluated until after the completion of some discovery.

The parties request a final pretrial conference.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

      from plaintiff by 30 days before trial.
      from defendant by 30 days before trial.

Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial during the March 2007 Montgomery jury trial term, and at this time is expected to take 3 days.

Date:    May 31, 2006

                                    s/ John C. Goldfarb
                                    John C. Goldfarb
                                    Wiggins, Childs, Quinn & Pantazis
                                    301 19th Street North
                                    Birmingham, AL  35203
                                    One of the Attorneys for Plaintiff

  s/ T. Matthew Miller
T. Matthew Miller
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203
One of the Attorneys for Defendant

## Judge Watkins

### 2006 Civil Terms

| Montgomery | Opelika | Dothan |
|---|---|---|
| March 6, 2006 (non-jury) | April 10, 2006 | February 22, 2006 |
| April 24, 2006 | July 10, 2006 | May 15, 2006 |
| June 12, 2006 (non-jury) | December 4, 2006 | August 28, 2006 |
| September 18, 2006 | | |
| September 25, 2006 (non-jury) | | |
| November 6, 2006 | | |
| | | |

### 2007 Civil Terms

| Montgomery | Opelika | Dothan |
|---|---|---|
| February 12, 2007 (non-jury) | February 26, 2007 | January 29, 2007 |
| March 26, 2007 | August 20, 2007 | May 14, 2007 |
| June 4, 2007 (non-jury) | November 26, 2007 | September 17, 2007 |
| July 9, 2007 | | |
| October 15, 2007 (non-jury) | | |
| December 10, 2007 | | |

### 2008 Civil Terms