IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **REGINA GORAM,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 3:06-cv-323-WKW |
| **MEADOWCRAFT, INC.,** | ) |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO WITHDRAW

Laura A. Palmer of Bradley Arant Rose & White LLP, counsel of record for Meadowcraft, Inc., ("Meadowcraft"), moves the Court for permission to withdraw as counsel for Meadowcraft. In support, movant states:

Laura Palmer is moving to another city and will no longer be working for Bradley Arant Rose & White LLP after June 16, 2006. T. Matthew Miller of Bradley Arant Rose & White LLP will continue to represent Meadowcraft. No party will be prejudiced in any way by the withdrawal of Laura A. Palmer as counsel for Meadowcraft.

                                      s/Laura A. Palmer
                                      Laura A. Palmer (PAL019)
                                      T. Matthew Miller (MIL081)
                                  Bradley Arant Rose & White LLP
                                        1819 Fifth Avenue North
                                        Birmingham, AL 35203-2104
                                         Telephone: (205) 521-8000
                                         Facsimile: (205) 521-8800
                                         mmiller@bradleyarant.com
                                         lpalmer@bradleyarant.com
                                  Attorneys for Defendant Meadowcraft, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jon C. Goldfarb
    Wiggins, Childs, Quinn & Pantazis
    The Kress Building
    301 19th Street North
    Birmingham, Alabama  35203
    Attorneys for Plaintiff
    jcg@wcqp.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:
    None.

                                        Respectfully submitted,
                                        s/ Laura A. Palmer
                                        Laura A. Palmer (PAL019)
                                        Bradley Arant Rose & White LLP
                                        One Federal Place
                                        1819 Fifth Avenue North
                                        Birmingham, AL 35203-2119
                                        Telephone: (205) 521-8000
                                        Facsimile: (205) 521-8800
                                        lpalmer@bradleyarant.com