IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| REGINA GORAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-323-WKW |
| | ) |
| MEADOWCRAFT, INC. | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (Doc. #10) filed on June 12, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 13th of June, 2006.

                                           /s/  W.  Keith Watkins
                                 UNITED STATES DISTRICT JUDGE