# IN THE UNITED DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **REGINA GORAM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NUMBER:** |
| ) | **3:06-cv-323-WKW** |
| ) | |
| **MEADOWCRAFT, INC.** ) | |
| **D/B/A PLANTATION** ) | |
| **PATTERNS,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S SUPPLEMENT TO COMPLAINT

COMES NOW the Plaintiff and pursuant to the Court's Initial Order Governing Proceedings in this action, supplements her Complaint with the following documents:

1. A copy of all charges of discrimination filed with the Equal Employment Opportunity Commission which form the basis of this action; and

2. A copy of all determinations, decisions, right to sue letters, or documents of similar import prepared by the Equal Employment Opportunity Commissions in response to all such charges of discrimination filed with that agency.

Respectfully submitted,

s/Maury S. Weiner
Jon C. Goldfarb
Maury S. Weiner
Counsel for Plaintiff

**OF COUNSEL**:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the above and foregoing document has been delivered to the Clerk of Court using the CM/ECF e-filing system, which will electronically notify the following counsel of record:

T. Matthew Miller
Bradley, Arant, Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Telephone No.: (205) 521-8000

on this the   13th   day of  July , 2006.

                              s/Maury S. Weiner
                              OF COUNSEL