IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| REGINA GORAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-323-WKW |
| ) | |
| MEADOWCRAFT, INC. ) | |
| d/b/a PLANTATION PATTERNS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The plaintiff filed a Supplement to Complaint, which the Court will treat as a Motion to Amend the Complaint (Doc. # 12). Amending the complaint to attach documents related to Equal Employment Opportunity Commission is neither required nor contemplated by the Federal Rules of Civil Procedure or this District's Local Rules. Therefore, it is ORDERED that the Motion is DENIED.

DONE this the 19th day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE