IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| REGINA GORAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-323-WKW |
| | ) | |
| MEADOWCRAFT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon the request of the parties, the jury trial in this matter has been set on the July 9, 2007 trial term, which will be held in the Northern Division of the Middle District of Alabama. It is ORDERED that the parties shall file a joint consent to the selection of a petit jury from the Northern Division Wheel as contemplated by the Middle District of Alabama's Plan for the Random Selection of Grand and Petit Jurors. The joint consent shall be filed **on or before September 1, 2006.** Failure to consent will result in the case being reset on the next available trial term for the Eastern Division.

DONE this the 11th day of August, 2006.

                                                /s/   W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE