IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| REGINA GORAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-323-WKW |
| | ) |
| MEADOWCRAFT, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Plaintiff's Motion for Kell A. Simon to Withdraw as Counsel (Doc. #15) filed on August 18, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 22nd of August, 2006.

          /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE