IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **REGINA GORAM,** )<br> )<br>    **Plaintiff,** )<br> )<br>**v.** )<br> )<br>**MEADOWCRAFT, INC.,** )<br> )<br>    **Defendant.** ) | **Civil Action No.**<br>**3:06-cv-323-WKW** |

### DEFENDANT'S UNOPPOSED MOTION
### FOR QUALIFIED HIPAA PROTECTIVE ORDER

COMES NOW Defendant Meadowcraft, Inc. and respectfully moves this Court to enter a Protective Order in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA). Pursuant to the Court's "Administrative Procedures for Filing, signing, and verifying pleadings and documents in the District Court under the Case Management/Electronic Case Files (CM/ECF) System" Section II(E)(3), a proposed Order in WordPerfect format will be electronically submitted directly to the Court's chambers as an attachment to an email.

The proposed order conforms to the standard ALND Uniform Initial Order Governing All Further Proceedings, and has been agreed upon by the parties.

Respectfully submitted,

   s/T. Matthew Miller

> T. Matthew Miller
> One of the Attorneys for Meadowcraft, Inc.
> Bradley Arant Rose & White LLP
> One Federal Place
> 1819 Fifth Avenue North
> Birmingham, AL 35203-2104
> Telephone: (205) 521-8000
> Facsimile: (205) 521-8800
> Email: mmiller@bradleyarant.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Jon C. Goldfarb, Esquire
Maury S. Weiner
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Email: JGoldfarb@wcqp.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

> Respectfully submitted,
>
> s/ T. Matthew Miller
> T. Matthew Miller
> Bradley Arant Rose & White LLP
> One Federal Place
> 1819 Fifth Avenue North
> Birmingham, AL 35203-2119
> Telephone: (205) 521-8000
> Facsimile: (205) 521-8800
> E-mail: mmiller@bradleyarant.com