IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| REGINA GORAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-323-WKW |
| ) | |
| MEADOWCRAFT, INC. ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

It is ORDERED that this case is set for trial in Opelika, Alabama. The trial date is continued from July 9, 2007, to August 20, 2007, and the pretrial conference is continued from May 30, 2007, to July 23, 2007. All other dates and deadlines remain the same.

DONE this 12th day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE