IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| REGINA GORAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-323-WKW |
| | ) | |
| MEADOWCRAFT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon oral notice that the parties have settled the instant action, it is ORDERED that, in light of the plaintiff's Fair Labor Standards Act claim, they shall file a joint motion for approval of the settlement **on or before February 16, 2007.**

DONE this 23rd day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE