# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **REGINA GORAM,** | ) | **Civil Action No.** |
| | ) | **3:06-cv-323-WKW** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MEADOWCRAFT, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL AS EXHIBIT B TO JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Regina Goram and Defendant, Meadowcraft, Inc. have jointly moved the Court to approve the parties' settlement and to enter a Stipulated Judgment and Order of Dismissal With Prejudice. In order to obtain Court approval, the parties wish to file an executed copy of their confidential Settlement Agreement *under seal* as Exhibit "B" to their joint motion for approval of the settlement.

Therefore, the parties jointly move to file their Settlement Agreement under seal.

Submitted this 16th day of February, 2007.

1

s/ Maury Weiner
John C. Goldfarb
Maury Weiner
Wiggins, Childs, Quinn & Pantazis
301 19th Street North
Birmingham, AL  35203
One of the Attorneys for Plaintiff


s/ T. Matthew Miller
T. Matthew Miller
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203
One of the Attorneys for Defendant