IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| REGINA GORAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-323-WKW |
| | ) | |
| MEADOWCRAFT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon consideration of the parties' Joint Motion to File Settlement Agreement Under Seal (Doc. # 23), it is ORDERED that the motion is GRANTED.  The parties shall file their Settlement Agreement under seal **on or before February 23, 2007.**  Upon receipt of the filing, the clerk of the court is DIRECTED to docket the Settlement Agreement as "Exhibit B" to the Joint Motion for Entry of Stipulated Judgment (Doc. # 22).

DONE this 20th day of February, 2007.

　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE